In the Matter of the Application of BRONX PARKWAY COMMISSION, WALTER H. BOYCE and Others, Respondents, against CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of BRONX PARKWAY COMMISSION, DUDLEY PAUL BABCOCK and Others, Respondents, against CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RALPH TOUSEY, Respondent, v. CLARA B. TOUSEY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES R. KING, Respondent, v. KENSINGTON CONSTRUCTION COMPANY, Appellant, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD S. TRUDELL, Respondent, v. SAMUEL GREENBERG, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROBERT CAMPBELL, JR., Appellant, v. ROGER J. DORN and Others, Respondents. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MOSES JACOBS, Appellant, v. CHARLES E. JOHNSON and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL WEINBERG, Appellant, v. ISIDOR DUBROFF, Respondent.—Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH FRINO, Appellant, v. IRVING E. RICHMOND, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ESTELLE FRINO, Appellant, v. IRVING E. RICHMOND, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VIVIEN ELLIS REILLY, Respondent, v. EDWARD JAY REILLY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANDERSON HOLDING CORPORATION, Respondent, v. MELIA ZRAICK, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.